UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

Eastern District of Kentucky
**FILED**
JUL 1 5 2019
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Civil Action No. 18-34-HRW

GINA WEBB,     PLAINTIFF,

v.

**JUDGMENT**

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL SECURITY,     DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A. pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B. the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C. this action is **STRICKEN** from the active docket of the Court.

This 15th day of July, 2019.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge